Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 64614.**—American Beverage Corp. et al. *v.* United States, protests 46971–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 64615.**—Abraham & Straus, Inc., et al. *v.* United States, protests 66353–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 64616.**—Atlantic Liquor Wholesalers (Trans.) et al. *v.* United States, protests 314599–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

SEPTEMBER 28, 1960

**No. 64617.**—SUIT 5014.—United States *v.* Glanson Co.— A.R.D. 110 reversed June 14, 1960. C.A.D. 740.

**No. 64618.**—SUIT 5016.—Davies Turner & Company *v.* United States.— Abstract 63289 reversed June 29, 1960. C.A.D. 744.

**No. 64619.**—SUITS 5017/5018.—United States *v.* Colibri Lighters (U.S.A.), Inc., and Colibri Lighters (U.S.A.), Inc. *v.* United States, respectively.— C.D. 2110 reversed in suit 5017 and affirmed in suit 5018, June 14, 1960. C.A.D. 739.